In re Kristopher S. KOLLYNS, Petitioner.

No. 00–7277.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 8, 2001.

Kristopher S. Kollyns, petitioner pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Kristopher S. Kollyns has filed a petition for writ of mandamus in this court seeking the recusal of the district court judge in an action filed in state court and removed to federal district court. Although mandamus is a proper avenue to seek judicial recusal, *In re Beard,* 811 F.2d 818, 826–27 (4th Cir.1987), mandamus relief is not warranted in this case because the case has

now been remanded to state court and is no longer pending before the judge in question. Accordingly, although we grant leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*